UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey Carano

    v.                                                              Civil No. 07-cv-124-PB

NH Governor and
NH Attorney General


**O R D E R**

Plaintiff has invoked the subject matter jurisdiction in his claim under 42 U.S.C. § 1983.[1]

**SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: April 27, 2007

cc:   Jeffrey Carano, pro se

---

[1] Nothing in this order is intended to determine the viability of the claims under Fed. R. Civ. P. 12 or 56.