UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey Carano

    v.                                    Civil No. 07-cv-124-PB

N.H. Governor, et al.

**REPORT AND RECOMMENDATION**

     Plaintiff seeks to enjoin a hearing on May 15, 2007 in the Brentwood Family Division.  The hearing is on a show cause order and a motion for attorney's fees, a motion to continue and a motion to stay the contempt hearing.  The Anti Injunction Act, 28 U.S.C. § 2283, provides that:

> A court of the United States may not grant an injunction to stay proceedings in a state court except as expressly authorized by Act of Congress . . .

Congress has not authorized an injunction on the applicable facts.  I recommend that the motion (document  no. 5) be denied.

     Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of

Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992);

United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: May 11, 2007

cc: Jeffrey Carano, pro se
 Nancy J. Smith, Esq.