UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Carano</u>

               v.                              Case No. 07-cv-124-PB

<u>NH Governor, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 11, 2007, no objection having been filed.

SO ORDERED.


June 21, 2007                                        /s/ Paul Barbadoro
                                                             Paul Barbadoro
                                                             United States District Judge


cc:    Counsel of Record