UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW HAMPSHIRE

**Jeffrey Carano**

    v.                                    Case No. 07-cv-124-PB

**State of New Hampshire, et al.**


                              **O R D E R**

    Having reviewed the defendants' motion to dismiss and the plaintiff's objection, I agree with the defendants that plaintiff is seeking to challenge the viability of a state court judgment in federal court in a manner that is barred by the *Rooker-Feldman* doctrine.  Accordingly, I grant defendants' motion to dismiss the complaint without prejudice to plaintiff's right to challenge the state court ruling in state court.

    SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

November 30, 2007

cc:  Jeffrey Carano, pro se
     Nancy Smith, Esq.